UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicole Elizabeth Kuehn,

    Plaintiff,

v.                                        Case No. 18-10369

Commissioner of Social Security,         Sean F. Cox
                                                    United States District Court Judge

    Defendant.

_____/

**ORDER ADOPTING
2/25/19 REPORT AND RECOMMENDATION**

On February 25, 2019, Magistrate Judge David Grant issued a Report and Recommendation wherein he recommends that Plaintiff Nicole Elizabeth "Kuehn's Motion for Attorney's Fees (Doc. #23) be GRANTED and Kuehn be awarded $5,739.00 in attorney's fees pursuant to the EAJA."

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the February 25, 2019 R&R.

IT IS ORDERED that Kuehn's Motion for Attorney's Fees is GRANTED and Kuehn is

1

AWARDED $5,739.00 in attorney's fees pursuant to the EAJA.

IT IS SO ORDERED.

                                             s/Sean F. Cox
                                             Sean F. Cox
                                             United States District Judge

Dated:  March 13, 2019